# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157076-7(32)

*In re* B.B. BARTLETT, Minor.

SC: 157076
COA: 341781
Kalamazoo CC Family Div:
  2014-000071-NA

_____/

*In re* BARTLETT, Minors.

SC: 157077
COA: 341782
Allegan CC Family Div:
  2013-051776-NA

_____/

On order of the Court, the motion for reconsideration of this Court's February 2, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2018



Clerk

s0213